IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>**JOSÉ ELIAS BELLO-PAREDES,**<br>*Defendant.* | INDICTMENT<br><br>CRIMINAL NO. 17-__28__ (ADC)<br><br>VIOLATION:<br>Title 8, *United States Code,* Section 1326(a) and (b)(2)<br><br>(One (1) Count) |
|---|---|

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Reentry of Removed Aliens
(Title 8, *United States Code*, Section 1326(a) and (b)(2))

On or about December 25, 2016, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

**JOSÉ ELIAS BELLO-PAREDES,**

an alien, attempted to enter the United States after having been removed therefrom on or about June 7, 1989, at or near New Jersey, after having departed the United States while an order of exclusion, deportation, or removal was outstanding, subsequent to an aggravated felony conviction, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(2).

TRUE BILL

**FOREPERSON**
Date: January 19, 2017

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

José Capó-Iriarte
Assistant United States Attorney
Chief, Criminal Division

Marshal D. Morgan
Assistant United States Attorney
Chief, Crimes Against Children & Human Trafficking

Cristina Caraballo-Colón
Special Assistant United States Attorney
Crimes Against Children & Human Trafficking